DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISIDRO MANCILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-10-225-JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ISIDRO MANCILLA, | ) |
| Defendant. | ) Date: October 19, 2010<br>) Time: 9:30 a.m.<br>) Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, ISIDRO MANCILLA, that the status conference hearing date of October 19, 2010 be vacated, and the matter be set for status conference on November 16, 2010 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to meet with Mr. Mancilla, who has recently been transferred to the Butte County Jail, to review and discuss the government's revised plea agreement. This continuance will also allow defense counsel to continue working with government's counsel toward resolution of the case.

1  Based upon the foregoing, the parties agree that the time under
2  the Speedy Trial Act should be excluded from the date of signing of
3  this order through and including November 16, 2010 pursuant to
4  18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local
5  Code T4 based upon continuity of counsel and defense preparation.
6  Dated:  October 15, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        ISIDRO MANCILLA


Dated:  October 15, 2010                BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Linda C. Harter for
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including November 16, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: October 15, 2010

                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge